UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| LENARD HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV407-053 |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, doc. 1, which this Court construed as a civil suit under 42 U.S.C. § 1983. Doc. 2. In an order dated May 11, 2007, the Court ordered plaintiff, if he chose to proceed with this action, to submit either a motion to proceed *in forma pauperis* or the $350 filing fee. Id. Plaintiff has not submitted the filing fee or motion to proceed *in forma pauperis*.[1] Accordingly, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 6th day of **September, 2007.**

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Order was returned as undeliverable at both the address listed on the complaint, the Chatham County Jail, and the alternative address provided.

HABEAS

## U.S. District Court
## Southern District of Georgia (Savannah)
## CIVIL DOCKET FOR CASE #: 4:07-cv-00053-WTM-GRS
## Internal Use Only

Harris v. Sheriff, Chatham County Jail
Assigned to: Chief Judge William T. Moore
Referred to: Magistrate Judge G. R. Smith
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/07/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Lenard Harris**                    represented by **Lenard Harris**
                                                    XX0015005
                                                    Chatham County Jail
                                                    1050 Carl Griffin Drive
                                                    Savannah, GA 31405
                                                    PRO SE

V.

**Respondent**

**Sheriff, Chatham County Jail**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/07/2007 | 1 | PETITION for Writ of Habeas Corpus , filed by Lenard Harris.(mah) (Entered: 05/07/2007) |
| 05/07/2007 |   | (Court only) ***Staff notes - Deficiency Memorandum sent Re Filing Fee (mah) (Entered: 05/07/2007) |
| 05/11/2007 | 2 | ORDER directing plaintiff to submit within 10 days of the date of this Order, either a motion to proceed in forma pauperis or the $350.00 filing fee.. Signed by Judge G. R. Smith on 5/11/2007. (mah) (Entered: 05/14/2007) |
| 05/11/2007 |   | Mail Returned as Undeliverable. Mail sent to Lenard Harris (deficiency notice) DEFICIENCY NOTICE AND ORDER 2 REMAILED TO ALTERNATIVE ADDRESS PROVIDED: 4011 THIRD ST., GARDEN CITY, GA 31408 (mah) (Entered: 05/16/2007) |
| 05/21/2007 |   | Mail Returned as Undeliverable-"Not Deliverable as Addressed, Unable to Forward". Mail sent to Lenard Harris (evb) (Entered: 05/21/2007) |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LENARD HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV407-053 |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

LENARD HARRIS, )
 )
    Plaintiff, )
 )
v. ) Case No. CV407-053
 )
PRISON HEALTH SERVICES, et al., )
 )
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

                                          **WILLIAM T. MOORE, JR., CHIEF JUDGE**
                                          **UNITED STATES DISTRICT JUDGE**
                                          **SOUTHERN DISTRICT OF GEORGIA**